IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-629-CR




MANUEL RAMIREZ,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 92-137, HONORABLE FRED A MOORE, JUDGE PRESIDING


 




PER CURIAM


 This is an appeal from a judgment of conviction for delivery of a controlled
substance, namely: cocaine. Punishment was assessed at confinement for 30 years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Justices Powers, Kidd and B. A. Smith]

Dismissed on Appellant's Motion

Filed: April 28, 1993

[Do Not Publish]